LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH          898-0
DANIEL P. KIRLEY        6205-0
Pacific Guardian Center
737 Bishop Street, Suite 1835
Honolulu, Hawai'i  96813
Telephone:  (808) 523-2451

**Electronically Filed
SECOND CIRCUIT
2CCV-19-0001041
25-MAR-2020
08:00 PM**

Attorneys for Plaintiff

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| MARCELLA CHRISTOFF,<br><br>         Plaintiff,<br><br>     vs.<br><br>WALDORF=ASTORIA MANAGEMENT LLC; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE NON-PROFIT ENTITIES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>         Defendants. | CIVIL NO. 2CCV-19-0001041<br>(Other Non-Vehicle Tort)<br><br>FIRST AMENDED COMPLAINT; SUMMONS |

FIRST AMENDED COMPLAINT

Comes now Plaintiff MARCELLA CHRISTOFF, by and through her attorneys, the Law Offices of Ian L. Mattoch, as and for her claims for relief against the above-named Defendants, alleges and avers as follows:

COUNT I

1.     At all times relevant herein, Plaintiff MARCELLA CHRISTOFF was a resident of Lincoln, California.

EXHIBIT A

2. At all times relevant herein, Defendant WALDORF=ASTORIA MANAGEMENT LLC ("Defendant WALDORF") was and is a foreign limited liability company doing business as, among other names or trade names, the Grand Wailea Resort Hotel & Spa, located at or near 3850 Wailea Alanui Drive, Wailea, Hawai'i ("subject premises").

3. At all times relevant herein, Defendant WALDORF, owned, leased, and/or controlled the subject premises for the purposes operating a hotel resort open to the general public, and maintained, operated, managed, controlled and/or was responsible for the subject premises, to include the exterior flagstone walkways on the subject premises.

4. Defendants JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE NON-PROFIT ENTITIES 1-10, and DOE GOVERNMENTAL ENTITIES 1-10 (collectively referred to as "Doe Defendants") are persons, corporations, partnerships, business entities and/or governmental entities who acted in a negligent, wrongful or tortious manner which proximately caused or contributed to the injuries and damages sustained by Plaintiff.  Plaintiff has been unable to ascertain the names and identities of the above-named Doe Defendants from the investigation that has been conducted to date.  Accordingly, Plaintiff has sued the unidentified Doe Defendants herein with fictitious names pursuant to Rule 17(d) of the Hawai`i Rules of Civil Procedure, and Plaintiff will substitute the true names, identities, capacities, acts and/or admissions of Doe Defendants when the same are ascertained.

5. Doe Defendants include all entities that, on or about November 23, 2017, and at all other times relevant herein, owned, maintained, operated, controlled, managed and were otherwise responsible for the subject premises, to include the exterior flagstone walkways on the subject premises.

6. All of the acts and occurrences alleged herein took place in the County of Maui, State of Hawai'i.

7. On or about November 23, 2017, Plaintiff was on the subject premises in order to pay for and attend a luau organized and controlled by Defendant WALDORF.

8. On or about November 23, 2017, as Plaintiff and her family were leaving the subject premises, she tripped fell on an uplifted portion of a flagstone walkway, thereby resulting serious and permanent injuries ("subject incident").

9. On or about November 23, 2017, and at all other times relevant herein, Defendant WALDORF acted in a careless and negligent manner in that said defendant created and maintained, and otherwise knew of or should have known of, unreasonably dangerous conditions on the subject premises and otherwise, that proximately caused the subject incident, and because Defendant WALDORF failed to maintain the exterior flagstone walkways and, with regard to the flagstone walkway area, properly construct, design, maintain, inspect, secure, preserve, repair, and abate the problems or in some other manner keep the subject premises in a safe condition and in working order.

10. On or about November 23, 2017, and at all other times relevant herein, Defendant WALDORF acted in a careless and negligent manner in that said defendant failed to properly construct, design, repair and/or maintain the subject premises and flagstone walkways in the area of the subject incident in accordance with all applicable safety codes, standards, laws and regulations.

11. As a direct and proximate result of the negligence of Defendant WALDORF as stated herein, Plaintiff MARCELLA CHRISTOFF sustained severe and permanent injuries, suffered serious mental and emotional distress, and incurred and will

continue to incur medical and rehabilitative expenses, among other categories of general and special damages as will be shown at the time of trial.

## COUNT II
(Negligence - Failure to Maintain)

12. Plaintiff realleges and incorporates by reference all of the allegations contained in the Complaint as though fully set forth and repeated here.

13. Defendant WALDORF negligently failed to maintain the subject premises in the area of the subject incident prior to and on the date of the subject incident.

14. As a direct and proximate result of the aforesaid negligence, Plaintiff sustained injuries and damages as alleged herein.

## COUNT III
(Negligence - Failure to Warn)

15. Plaintiff realleges and incorporates by reference all of the allegations contained in the Complaint as though fully set forth and repeated here.

16. On or about February 23, 2017, and at all other times relevant herein, Defendant WALDORF failed to provide any warning, or any adequate warning, related to the subject premises and the flagstone walkway, and of the hazardous conditions on the subject premises in the area of the subject incident, despite actual or constructive knowledge and/or notice of said conditions, thereby allowing an unreasonably dangerous condition to exist on the subject premises.

17. As a direct and proximate result of said negligence, Plaintiff sustained injuries and damages as alleged herein.

WHEREFORE, Plaintiff MARCELLA CHRISTOFF demands judgment against Defendant WALDORF and any defendants named later, jointly and severally, for general and

special damages in amounts that will be proven at trial, and for her costs, interest from the date the incident, reasonable attorneys' fees, and such other relief as the Court deems just and proper.

DATED:  Honolulu, Hawai`i, _____March 25, 2020_____.

/s/ Daniel P. Kirley
IAN L. MATTOCH
DANIEL P KIRLEY
Attorneys for Plaintiff

| STATE OF HAWAI‘I<br>CIRCUIT COURT OF THE<br>SECOND CIRCUIT | SUMMONS<br>TO ANSWER CIVIL COMPLAINT<br>First Amended | |
|---|---|---|
| CASE NUMBER<br>2CCV-19-0001041 | PLAINTIFF'S NAME & ADDRESS, TEL. NO.<br>IAN L. MATTOCH 898-0<br>DANIEL P. KIRLEY 6205-0<br>737 Bishop Street, Suite 1835<br>Honolulu, Hawaii 96813<br>Tel: (808) 523-2451 | |
| PLAINTIFF<br>MARCELLA CHRISTOFF | | |
| DEFENDANT(S)<br>WALDORF=ASTORIA MANAGEMENT LLC, JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE NON-PROFIT ENTITIES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10 | | |

**TO THE ABOVE-NAMED DEFENDANT(S)**

You are hereby summoned and required to filed with the court and serve upon
IAN L. MATTOCH, ESQ. and DANIEL P. KIRLEY, ESQ.

_____,
plaintiff's attorney, whose address is stated above, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint First Amended Complaint.

**THIS SUMMONS SHALL NOT BE PERSONALLY DELIVERED BETWEEN 10:00 P.M. AND 6:00 A.M. ON PREMISES NOT OPEN TO THE GENERAL PUBLIC, UNLESS A JUDGE OF THE ABOVE-ENTITLED COURT PERMITS, IN WRITING ON THIS SUMMONS, PERSONAL DELIVERY DURING THOSE HOURS.**

**A FAILURE TO OBEY THIS SUMMONS MAY RESULT IN AN ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DISOBEYING PERSON OR PARTY.**

Effective Date of 28-Oct-2019
Signed by: /s/ D. Pellazar Clerk,
2nd Circuit, State of Hawai`i



DATE ISSUED   March 25, 2020



If you need an accommodation for a disability when participating in a court program, service, or activity, please contact the ADA Coordinator as soon as possible to allow the court time to provide an accommodation:
Call (808) 244-2855 FAX (808) 244-2932 OR Send an e-mail to: adarequest@courts.hawaii.gov. The court will try to provide, but cannot guarantee, your requested auxiliary aid, service or accommodation.